Certificate Number: 12433-PAE-DE-030758237

Bankruptcy Case Number: 18-11108



12433-PAE-DE-030758237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2018, at 10:01 o'clock PM EDT, Karen C. Martin completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 21, 2018              By:    /s/Lance Brechbill

Name:  Lance Brechbill

Title:  Teacher