# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen C. Martin <br> <u>Debtor</u> | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> <u>Movant</u> <br> vs. | NO. 18-11108 ELF |
| Karen C. Martin <br> <u>Debtor</u> <br> Byron M. Martin <br> <u>Co-Debtor</u> | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. <br> <u>Trustee</u> | |

## <u>ORDER TERMINATING AUTOMATIC STAY & CO-DEBTOR STAY</u>

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is

ORDERED, that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 is hereby **MODIFIED** as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA SCION XB, VIN:JTLZE4FE6EJ058557 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Order entered by default.**

Date:  4/17/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Karen C. Martin
4438 N. 19th Street
Philadelphia, PA 19140

Byron M. Martin
4438 N. 19th Street
Philadelphia, PA 19140

David M. Offen, The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532