## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO.: 18-11108-ELF |
| ) | |
| KAREN C. MARTIN, ) | |
| ) | |
| Debtor ) | CHAPTER 13 |

### **CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties was made by sending true and correct copies of Proof of Claim 10-1 by first class mail or by electronic means on the 18th day of April, 2018, to the parties indicated below:

Karen C. Martin
4438 N. 19th Street
Philadelphia, PA 19140

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
900 Chestnut Street, Suite 400
Philadelphia, PA 19107

      /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire