```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                          :      Chapter 13

   Karen C Martin
          Debtor                   :      No.  18-11108-elf
```

### AMENDED CERTIFICATE OF SERVICE of FIRST AMENDED PLAN

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's First Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:

Jason brett Schwartz on behalf of Philadelphia Federal Credit Union
jschwartz@mesterschwartz.com

Rebecca Ann Solarz on behalf of Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com


The following creditors have been served by First Class Mail:

Eldorado Resorts Corporation
P.O. Box 570
Marianna FL 32447-0570

Water Revenue Bureau
1401 JFK Blvd.
Philadelphia PA 19102-1663


Date: May 7, 2018              /s/ David M. Offen
                               David M. Offen
                               Attorney for Debtor(s)