IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:    Karen C. Martin               )   Chapter 13
              Debtor                    )
                                        )   No. 18-11108-ELF
                                        )
                                        )


CERTIFICATION OF NO RESPONSE


    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


    /s/David M. Offen
David M. Offen
Attorney for Debtor

Date: 11/7/18