United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Karen C Martin  
    Debtor(s)

Case No. 18-11108-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina      Page 1 of 3  
Date Rcvd: Oct 16, 2020      Form ID: 138NEW      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen C Martin, 4438 N. 19th Street, Philadelphia, PA 19140-1002 |
| 14084062 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14058611 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14098886 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14058613 | + | Childrens Place/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14058615 | + | Drexel Univ. College of Medicine, Faculty Group Practice, P.O. Box 95000-1030, Philadelphia, PA 19195-0001 |
| 14058616 | | Eldorado Resorts Corporation, P.O. Box 570, Marianna, FL 32447-0570 |
| 14058617 | | Firstsource Advantage, LLC, P.O. Box 628, Buffalo, NY 14240-0628 |
| 14058622 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14067011 | | Philadelphia Federal Credit Union, 1280 Townsend Road, Philadelphia, PA 19154 |
| 14058629 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 14058627 | | Temple Physicians Inc., PO Box 824055, Philadelphia, PA 19182-4055 |
| 14058628 | | Temple University Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |
| 14200896 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14072804 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14058630 | | Wills Eye Ophthalmology Clinic Inc, PO Box 827103, Philadelphia, PA 19182-7103 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2020 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14058614 | + | Email/Text: mrdiscen@discover.com | Oct 17 2020 01:07:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14058618 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 17 2020 01:08:00 | Freedom Credit Union, 626 Jacksonville Rd Ste, Warminster, PA 18974-4862 |
| 14058619 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2020 02:00:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14096919 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2020 02:02:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14058620 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2020 01:09:00 | Midland Credit Management, Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14086030 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2020 01:09:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14058625 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:02:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14058958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:04:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14092321 | | Email/Text: appebnmailbox@sprint.com | Oct 17 2020 01:09:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14058626 | | Email/Text: appebnmailbox@sprint.com | Oct 17 2020 01:09:00 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park, KS 66207-0949 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14058621 | * | Midland Credit Management, Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14058623 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14058624 | *+ | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14058612 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2020   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Karen C Martin dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Christina | Page 3 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 30 |

WILLIAM C. MILLER, Esq.    USTPRegion03.PH.ECF@usdoj.gov

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Karen C Martin
    Debtor(s)

Bankruptcy No: 18−11108−elf
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


                For The Court
                Timothy B. McGrath
                Clerk of Court

Dated: 10/16/20

                45 − 44
                Form 138_new